9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

Case: 2:21-cr-20629
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 10-07-2021 At 03:53 PM
INDI USA V. SEALED MATTER (DA)

D-1, CEVON MATTHEWS,
D-2, ROMANDO WILLIAMS,

                Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(21 U.S.C. §841(a)(1) – Attempted Possession with the Intent to Distribute a Controlled Substance- Methamphetamine)*

From on or about August 19, 2021 through August 26, 2021 in the Eastern District of Michigan and elsewhere, defendants CEVON MATTHEWS and ROMANDO WILLIAMS, did knowingly attempt to possess with the intent to deliver controlled substances, all in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, §841(b)(1)(A)(viii), it is further alleged that this violation involved a mixture or substance containing 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

## COUNT TWO

*(21 U.S.C. §841(a)(1) – Attempted Possession with the Intent to Distribute a Controlled Substance- Fentanyl)*

From on or about August 19, 2021 through August 26, 2021, in the Eastern District of Michigan and elsewhere, defendants CEVON MATTHEWS and ROMANDO WILLIAMS did knowingly attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

Pursuant to Title 21, United States Code, §841(b)(1)(A), it is further alleged that this violation involved the following controlled substance: 400 grams or more of a mixture or substance containing a

detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanimede, commonly known as fentanyl, a Schedule I controlled substance.

## COUNT THREE

(21 U.S.C. § 846 – *Conspiracy to Possess With Intent to Distribute a Controlled Substance*)

On or about August 26, 2021, in the Eastern District of Michigan and elsewhere, the defendants, CEVON MATTHEWS and ROMANDO WILLIAMS S did conspire and agree with each other, and with persons unknown to the Grand Jury to commit an offense against the United States, that is, to knowingly possess with intent to distribute and to distribute over 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing over 400 grams of a detectable amount of N-phenyl-N-[1-(2-phenylethyl] propanimede, commonly known as fentanyl, a Schedule I controlled substance, all in violation of Title 21, U.S.C. §§ 846, 841(a)(1),(b)(1)(A)(vi) and (viii).

## COUNT FOUR

*(21 U.S.C. §841(a)(1) – Possession with the Intent to Distribute a Controlled Substance- Cocaine)*

On or about August 26, 2021, in the Eastern District of Michigan and elsewhere, defendant CEVON MATTHEWS did knowingly possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, §841(b)(1)(A), it is further alleged that this violation involved the following controlled substance: a mixture or substance containing a detectable amount cocaine, a Schedule II controlled substance.

## COUNT FIVE

21 U.S.C. § 841(a)(1)
*(Possession with Intent to Distribute Controlled Substances – Marijuana)*

On or about March 26, 2018, in the Eastern District of Michigan and elsewhere, the defendant CEVON MATTHEWS did knowingly and unlawfully possess with the intent to distribute marijuana , a Schedule I

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

21 U.S.C. § 856(a)(1)
*(Maintaining a Drug Premises)*

On or about August 26, 2021, the being approximate, in the Eastern District of Michigan and elsewhere, the defendant, CEVON MATTHEWS, did knowingly and unlawfully maintain a place, to wit: a residence known as 16156 Cruse St., Detroit, Michigan, for the purpose of manufacturing, storing, and distributing controlled substances, in violation of Title 21, United States Code, Section 856(a)(1) and (2).

## COUNT SEVEN

18 U.S.C. § 924(c)
*(Possession of a firearm in furtherance of a drug trafficking crime)*

On or about August 26, 2021, in the Eastern District of Michigan, Southern Division, the defendant, CEVON MATTHEWS, did knowingly and unlawfully possess at least one firearm, specifically a Ruger SR9, 9 mm semi-automatic handgun, serial number 338-10804. This firearm was possessed in furtherance of a drug trafficking crime for which

CEVON MATTHEWS may be prosecuted in a court of the United States, specifically, the crime of possession with intent to distribute controlled substances and maintaining a drug involved premises, as alleged in Counts Three, Four and Five of this Indictment, which constitutes a violation of Title 18, United States Code, Section 924(c).

## **FORFEITURE ALLEGATION**

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and 21 U.S.C §853
*Criminal forfeiture*

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Title 28 United States Code, Section 2461(c).

Upon conviction of any of the offenses set forth in Count Six of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense(s).

Upon conviction any of the controlled substance offenses alleged in Counts One through Six of this Indictment, defendants shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the named violations.

If any of the property described in the paragraphs above as being forfeitable under Title 21, United States Code, Section 853, as a result of any act or omission of the defendant

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred to, sold to, or deposited with a third party;
    c.    has been placed beyond the jurisdiction of this Court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property that cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of defendant up to the value of the above-described forfeitable property.

THIS IS A TRUE BILL

s/Grand Jury Foreperson
Grand Jury Foreperson

SAIMA S. MOHSIN,
Acting United States Attorney

/s/Julie A. Beck
JULIE A. BECK
Chief, Drug Task force Unit

/s/ John N. O'Brien II
John N. O'Brien II, Assistant United States Attorney

Dated: October 7, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:21-cr-20629<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 10-07-2021 At 03:53 PM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _(signature)_ |

**Case Title:** USA v. Cevon Matthews et al

**County where offense occurred:** Wayne County and Elsewhere

**Check One:**    ☒ Felony       ☐ Misdemeanor       ☐ Petty

    ✓ Indictment/____ Information --- **no** prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
    ____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 7, 2021
Date

_(signature)_
John O'Brien
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9715
Fax:    313-226-3265
E-Mail address: john.obrien@usdoj.gov
Attorney Bar #: P39912

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.